UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FELICIA WILSON

    Plaintiff

    v.

FRANK KENDALL, SECRETARY OF THE
DEPARTMENT OF THE AIR FORCE

    Defendants.

No. SA-24-cv-00228

**NOTICE OF REMOVAL**

    **COMES NOW** FRANK KENDALL, SECRETARY, DEPARTMENT OF THE AIR FORCE ("Defendant"), by and through Jaime Esparza, United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files this Notice of Removal ("Notice") to this Honorable Court as follows:

1.    This is a Title VII case arising out of an adverse decision against Plaintiff by the Equal Employment Opportunity Commission ("EEOC").

2.    This Notice is filed pursuant to 28 U.S.C. §1442(a)(1) (civil action commenced in a State court against the United States, or any agency or officer of the United States).

3.    On January 24, 2024, Plaintiff filed her Original Petition in the case styled *Felicia Wilson v. Frank Kendall, Secretary of the Department of the Air Force,* No. 2024CI01685, in the 166th District Court, Bexar County, Texas. ("the State Court Action"). Pursuant to 28 U.S.C § 1446(a), copies of all pleadings in the State Court Action are attached as Exhibit 1.

4.    Defendant was (improperly) served by certified mail in the State Court Action on February 6, 2024, with a copy of the initial pleading setting forth the claim for relief upon which this action is based. There is no trial setting in the State Court Action, but a jury trial was demanded.

5.       Pursuant to 28 U.S.C. §1441(a), venue is proper as the district and division where the State Court Action is pending.

6.       Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice will be filed this same date in the State Court Action ("the State Court Notice"). A copy of the State Court Notice is attached as Exhibit 2.

7.       Pursuant to Local Rule CV-3(a), a JS 44 Civil Cover Sheet is attached as Exhibit 3 and a Supplement to JS 44 is attached as Exhibit 4.

8.       **WHEREFORE PREMISES CONSIDERED,** Defendant respectfully requests the State Court Action be immediately removed to this Honorable Court, that the State Court take no further action and that the Court grant such other and further relief to which Defendant may be otherwise entitled.

Dated:  March 4, 2024                              Respectfully submitted,

**Jaime Esparza**
United States Attorney

By:    */s/ Darryl S. Vereen*
**Darryl S. Vereen**
Assistant United States Attorney
Texas Bar No. 00785148
darryl.vereen@usdoj.gov
601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5597
Tel. (210) 384-7170
Fax. (210) 384-7358

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this document with the Clerk of Court using the CM/ECF system, and served a copy of same by certified mail delivery to the following on March 4, 2024:

Felicia Wilson
6215 Via La Cantera, Apt. 450
San Antonio, Texas 78256

*/s/ Darryl S. Vereen*
**Darryl S. Vereen**
Assistant United States Attorney