FILED
October 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FELICIA WILSON, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. SA-24-CV-228-OLG |
| § | |
| TROY E. MEINK, Secretary of the Air Force,[1] § | |
| § | |
| Defendant. § | |

### ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 36), filed on September 22, 2025, concerning Defendant Troy E. Meink's Second Motion to Dismiss (Dkt. No. 28). A copy of the Report was mailed to Plaintiff via certified mail on September 22, 2025, and returned as unclaimed on October 24, 2025. *See* Dkt. Nos. 37; 38; 38-1. To date, no objections have been filed.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 36) is **ACCEPTED** and, for the reasons set forth therein, the Second Motion to Dismiss (Dkt. No. 28) is **GRANTED**.

---

[1] Troy E. Meink became the Secretary of the Air Force on May 13, 2025. As a result, he is automatically substituted as the Defendant in this action. *See* FED. R. CIV. P. 25(d).

IT IS THEREFORE ORDERED that Plaintiff Felicia Wilson's claims are **DISMISSED**.

IT IS FURTHER ORDERED that this case is **CLOSED**.

SIGNED this __30__ day of October, 2025.

ORLANDO L. GARCIA
United States District Judge